UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| COACH, INC., *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. C-10-232 |
| | § | |
| CHOKE CANYON EXXON, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day came on to be considered Plaintiffs' Unopposed Motion for Continuance of Pretrial Conference Scheduled for September 16, 2010. (D.E. 8.) Plaintiff's Unopposed Motion for Continuance of Pretrial Conference is hereby DENIED. The parties may appear at the initial pretrial conference telephonically.

SIGNED and ORDERED this 14th day of September, 2010.

_____
Janis Graham Jack
United States District Judge